(Rev. 4/97)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

05 - 297

James Hall
_____
(Enter above the full name of the plaintiff in this action)

FILED
MAY 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

V.

First Correctional Medical Inc. Head RN Brenda
Holwerda, Lisa M. Nilson, Angelia Wilson, Regional
H.R. Mgr (FCM) Stanly Taylor, Thomas Carroll, Commissioner, warden DCC
(Enter above the full name of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [X]   NO [ ]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs James Hall _____

_____

Defendants First Correctional Medical Inc. Brent Holwerda RN
Thomas Carroll, Stan Taylor Warden, Commissioner

2. Court (if federal court, name the district; if state court, name the county) United States District Court District of Delaware

3. Docket number  04-176-GMS

4. Name of judge to whom case was assigned Honorable Gregory M Sleet

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Action was Dismissed without prejudice

6. Approximate date of filing lawsuit  March 22. 2004

7. Approximate date of disposition  Jan 26. 2005

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

1. What steps did you take? Filed Grievance 2/1/04 Level I 2/20/04 SRW outside consultant on 3/2/04. Filed various other grievances and wrote letters

2. What was the result? The 180 days to conclude grievance is expired, grievance still unresolved, There are no further steps available in grievance process. All subsequent grievances were disregarded because Grievance Rule allow Action only for first grievance. I am barred of further grievance action by Rule.

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

-2-

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff   James Hall

   Address   1181 Paddock Rd, Smyrna, Del 19977. DCC

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  First Correctional Medical Inc  is employed as  Health Care provider  at  Delaware Correctional Center

C.  Additional Defendants  Brooke Holwerda in her official and individual capacity, Lisa Merson in her official and individual capacity, Angelia Wilson Regional H.R. Mgr (FCM) in her official and individual capacity, Stan Taylor in his official and individual capacity, Thomas Carroll in his official and individual capacity

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

(See Attached Sheets)

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments.
Cite no cases or statutes.)

Award Compensatory Damages; punitive Damages;
Nominal Damages, Special Damages for Emotional or Mental
Suffering; Attorneys fees; court cost; and whatever further relief
The court Decms Just And proper

Signed this 14 day of MAY, 20 05

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

5/14/05
Date

_____
(Signature of Plaintiff)

-4-

## Request for Relief

Compensatory Damages in the amount of 250,000.00

Punitive Damages in the amount of 250,000.00

Special Damages, ie; Extreme Emotional Distress, in the amount of 250,000.00

Attorney fees

Court cost

whatever further Relief the Court deems Just and proper

Date: 5/14/05



James Hall
1181 Paddock Rd Smyrna 19977
D.C.C.

I/M James Hall
SBI# 0016258/ UNIT W-C-22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the
United States D
844 N. King Stre
Wilmington, Dela