2-27-05

On 3-2-04 I was transferred to a outside Doctor And He Recommended Re-checking in 6 weeks wich never took place Im experiencing pain and discomfort it the Region. As A informal Resolution you Agreed to get my hand fixed wich never took place I previously Submitted a Grievence on 1-10-04 "Deemed futile". wich was never Acted upon

Requested Remedy
("MGC") Hearing

"Grievance" Filed
2/27/05

Memorandum

From: James Hall
To: Mrs. Morson, CHSA M ("IGC")
SBI 00167581 W. Bldg C-22
Date: 2, 11, 05

Re: Grievance that Reads As Follows; Filed 2.27.05
on 3.2.04 I was transferred c/o a outside doctor and Recommended Rechecking in 6 weeks; which never took place I'm experiencing pain and discomfort in the Region I agreed at the informal resolution to get my hand fixed which never took place I've previously submitted a Grievance on 1.10.04 which was never acted upon., Grievant Asserts, Mrs Morson (FCMS has Reneaged on the informal Resolution Agreed to on 8.20.04, The Grievant's hand Remains untreated and permanently Deformed. Grievant has Requested An C.H.G.C. Hearing So that my thumb can properly be fixed which now Requires, Re Breaking, Pinning v. (FCMS own doctor's Recommendation; previously x-Ray, thumb cast. I humbly Request that the C.H.G.C. Hearing be conducted At the Earliest convenience I previously confronted you about this matter on Feb 1, 05

Respectfully Submitted
This 11, day of Feb 05

James Hall
00167581 C-22 Bldg

Memorandum

To: Mr. Paul W. Howard

From: James Hall

Date: 3-18-05

Re: Grievance/Informal resolution #1309 Attached herein are copies of the unresolved Grievances. I filed suit against First Correctional Medical and Brenda Holwerda. For deliberate indifference to a serious medical need, It is clear that the United States District Court believes that CA# 04 176-GMS have arguable merit in both fact and law. Memorandum order dated Nov 29 2004 the #1309 Grievance dated 7-1-04 still remain unresolved. The B.O.P. "Grievance manual" provides 180 days to complete grievance process. It is beyond the 180 days and the grievance process concluded unresolved, further effort to resolve this institutionally is futile. I.D BOP 4.4 SC, the informal resolution signed by myself and Brenda Holwerd. Clearly they have reneged because the agreement was that I would be taken outside the prison to have my hand properly fixed (see Consultation order prepared by Dr. Dushuttle wich clearly offers expert medical testimony identifying the alleged deviation from the applicable standards of care, on January 26, 2005. The Honorable Gregory M. Sleet dismissed my claim for failure to exhaust administrative remedy's. However the court decision, will not prevent me from pursuing my administrative remedy at the DOC, and if I'm not satisfied with the final result, I may then refile my complaint in federal court. Now I intend to refile because I incorporate by reference BOP 4.4 Grievance procedure wich prohibits repetive grievances for the same offense leaving me with no remedy I humbly request consultation in regard to resolution, and compensation and respectfully requesting your comment on this matter.

DCC - Delaware Correctional Center    Date: 02/13/2004
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : HALL, JAMES E J | SBI# : 00167581 | Institution : DCC |
| Grievance # : 1309 | Grievance Date : 02/01/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/20/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: rt pinkie finger broken on 1/20/04 while in receiving room I was checked by RN. He noted my hand was broken and gave me ice. Put it in chart to x-ray and cast it.

Remedy Requested : Need medical attention, still haven't received it.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES     Date Received by Medical Unit : 02/12/2004
Investigation Sent : 02/12/2004     Investigation Sent To : Kratsas, Gina
Grievance Amount :

Page 1 of 8

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 02/13/2004

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : HALL, JAMES E J | SBI# : 00167581 | Institution : DCC |
| Grievance # : 1309 | Grievance Date : 02/01/2004 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 01/20/2004 | Incident Time : 00:00 |
| IGC : Merson, Lise M | | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Kratsas, Gina | Date of Report 02/12/2004 |
| Investigation Report : | |
| Reason for Referring: | |

Offender's Signature: James Hall

Date: 2-20-04

Witness (Officer): Brenda Holwerda Lawsons

2/18/04 — Inmate seen on 2/14/04 by myself.  
On 2/18/04 — X-ray of R hand done.  
2/19/04 — Referral for Ortho consult. GK

FORM #585

MEDICAL GRIEVANCE

FACILITY: DCC

DATE SUBMITTED: 2-10-04

INMATE'S NAME: James Hall

SBI#: C0167581

HOUSING UNIT: MHU 23 B-C-10

CASE #: 1309

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 01/30/2004 00:00

TYPE OF MEDICAL PROBLEM:

This is a update concerning my previously submitted sickcall/grievance on 1-28-04. I have yet to get x-ray the Doctor told me that I need for my Hand put into a cast now. My Hand is deformed and Hurts Really Bad

GRIEVANT'S SIGNATURE: James Hall

DATE: 2-10-04

ACTION REQUESTED BY GRIEVANT: need medical attention still Haven't Recived any

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

# PHYSICIAN'S ORDER SHEET

**ORDERS:** Another brand of a generically equivalent product identical in dosage form and content of active ingredient may be administered unless checked.

**WRITE OR IMPRINT PATIENT INFORMATION BELOW**

**START** 1/22/04
Rt hand x-ray ASAP
Motrin 600mg po q8° prn x 1month

**PROVIDER'S SIGNATURE:** Nnuma Chuks NP   **DATE/TIME** 1/22/04

**START NEW ORDERS BELOW**

**START** 2-14-04
1. Repeat above order, not done

**PROVIDER'S SIGNATURE:**   **DATE/TIME**

**START NEW ORDERS BELOW**

**START**

**PROVIDER'S SIGNATURE:**   **DATE/TIME**

NAME: Hall, James
ALLERGIES: NKDA
ID: 162581
DOB: 8/8/70

CM-001

**PHYSICIAN'S ORDERS**

## CONSULTATION

| | | | | |
|---|---|---|---|---|
| Last Name: Hall | First Name: James | Middle Name: | Room No. | Hosp. No. 167581 |
| From: Attending Physician: Alie | | To: Consulting Physician: Dr Dushuttle | | Date: 3/2/04 |

Note Findings and Recommend Treatment: Fracture of 5th Metacarpal

X-ray — fx (R) 5th metacarpal, 80% healed
"Boxer's Fracture"

- instability of jt      full ROM
  minimal tenderness
  Will have a perm bump

Should have been casted, too late now!
only option is to leave alone as re-breaking the
finger c̄ pinning
    I do not recommend surgery, unless becomes
a problem in the future. The surgery would be the
same now or later at this point.
    Recommend re-checking in 6 wks.

Date of Consultation: 3-2-04      Dr. [signature]
Signature of Consultant

Form 263  BRIGGS, Des Moines, IA 50306  (800) 247-2343  PRINTED IN U.S.A.

CONSULTATION

Declaration under penalty of perjury of #136557, Maurice Land, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1246

1) 3-30-04, John Tait broke his right hand and received medical attention. On said date, I myself Maurice C. Land and Mr. Tait resided B-L-8 #23 Building And Mr. Hall Resides in the same building B-L-10 One day we were talking and through conversation with Mr. Hall I could see that he couldn't believe the response given to Mr. Tait and he told me (Plaintiff) that they still haven't fixed his hand

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct. Executed on April 5, 2004

Maurice Land

Declaration under penalty of perjury of 376812, Anthony Garnett, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. § 1296

1. On February 10, 2004 I Anthony Garnett injured my finger which was dislocated in the MHU gym area playing basketball I didn't recieve immediate medical attention until 4 hours later my file was pulled and a date was set for me to get my finger reset which was Febuary 11, 2004 I had medical attention and my finger was splinted and wrapped properly I reside in B-7

Plaintiff James Hall resides B-10

2. I know that Mr. Hall requested medical attention and was yet to receive it and I thought it was strang that he didn't get any medical attention and were on the same tier medical requests were put in to the nurse.

Mr. Hall asked me who did I talked with to get my finger fix I could see the emotion and pain on his face.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct executed on April 2, 2004

Anthony Garnett