Memorandum

To: Mr. Peter T. Dalleo

From: James Hall, pro.se
SBI# 167581
CA# 05-297-GMS



Re: filing fee order

Dear Sir, this Account Statement is in compliance with the courts order dated June 6.05

James Hall
James Hall pro se #167581
1181 Paddock Rd Smyrna Del 19977
DCC





Clerk of the Court Office
United States District Court
844 N. King Street Lockerbox 18
Wilmington Delaware 19801-3570

I/M James Hall
SBI# 167581   UNIT W-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977