# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-297

TO: _James Hall_    SBI#: _167581_

FROM:    Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE: _June 17, 2005_

FILED
JUN 23 2005

Attached are copies of your inmate account statement for the months of _December 1, 2004_ to _May 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | .44 |
| Jan | .38 |
| Feb | .04 |
| March | 0 |
| April | 32.40 |
| May | 275.82 |

Average daily balances/6 months: _52.47_

Attachments
CC: File

_Stacy Shane_
6/17/05

_Brian D'Engren_
Notary 6-17-05





Clerk of the Court Office
United States District Court
844 N. King Street, Lockerbox 18
Wilmington, Delaware 19801-3570



I/M James Hall
SBI# 167587   UNIT W-L-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977