To: Mr. Dalleo
From: James Hall
Date: 7/5/05

Re: filing fee order,    05-297

Dear Sir previously in submitted per the court's order my Inmate 6 mos notorized statement. I apologice that the statement was not complete I was missinformed of how to submitt the statement
I apologize inclosed are the complete statements as ordered on June 6 2005

FILED
JUL -7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Again I apologice

Sincerly yours

James Hall

James Hall 162551 1181 Paddock
RD Smyrna Del    CA: 05 297 GMS

Date: 7/5/05



I/M Soares Hall
SBI# 162581 UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Mr. Peter T. Dalleo Clerk.
United States District Court
844 N. King Street, Locker box 18
Wilmington Delaware 19801-3570