# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-297

TO: James Hall        SBI#: 167581

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: June 27, 2005

FILED
JUL - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of December 2004 to May 31, 2005.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | .44 |
| Jan | 38 |
| Feb | .04 |
| March | 0 |
| April | 32.40 |
| May | 275.82 |

Average daily balances/6 months: 52.47

Attachments
CC: File

Stacy Shane
6/27/05

Brian D Engrem
Notary

## Individual Statement - No Transactions This Month

Date Printed: 6/24/2005                                                          Page 1 of 1

### For Month of December 2004

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.44 |
|---|---|---|---|---|---|---|
| 00167581 | Hall | James | E | | | |
| Current Location: | W1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

|  |  |  |  |  | Ending Mth Balance: | $0.44 |
|---|---|---|---|---|---|---|

# Individual Statement

Date Printed: 6/24/2005

## For Month of January 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00167581 | Hall | James | E | | $0.44 |

Current Location: W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 1/27/2005 | ($0.37) | $0.00 | $0.00 | $0.07 | 61896 | | DST/POSTAGE | |

Ending Mth Balance: $0.07

# Individual Statement

## For Month of February 2005

Date Printed: 6/24/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|
| 00167581 | Hall | James | E | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 2/18/2005 | $0.00 | $0.00 | ($3.95) | $0.07 | 71057 | | DST/POSTAGE | |
| Pay-To | 2/18/2005 | ($0.07) | $0.00 | ($3.88) | $0.00 | 71185 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

Date Printed: 6/24/2005                                                                                   Page 1 of 1

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00167581 | Hall | James | E | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 3/24/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 85542 | | DST/POSTAGE | |

Ending Mth Balance: $0.00

# Individual Statement

## For Month of April 2005

Date Printed: 6/24/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00167581 | Hall | James | E | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 4/1/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 89200 | | DST/POSTAGE | |
| Pay-To | 4/1/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 89202 | | DST/POSTAGE | |
| Pay-To | 4/1/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 89233 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 90365 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($1.29) | $0.00 | 90366 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 90367 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 90368 | | DST/POSTAGE | |
| Misc | 4/27/2005 | $243.00 | $0.00 | $0.00 | $243.00 | 99159 | 90127308 | | US TREASURY |

Ending Mth Balance: $243.00

# Individual Statement

## For Month of May 2005

Date Printed: 6/24/2005     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $243.00 |
|---|---|---|---|---|---|---|
| 00167581 | Hall | James | E | | | |
| Current Location: | W1 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $18.72 | $0.00 | $0.00 | $261.72 | 100698 | | FS 3/24-4/23 | |
| Canteen | 5/3/2005 | ($32.27) | $0.00 | $0.00 | $229.45 | 101621 | | | |
| Misc | 5/5/2005 | $174.00 | $0.00 | $0.00 | $403.45 | 103194 | 93725798 | | US TREASURY |
| Pay-To | 5/9/2005 | ($100.00) | $0.00 | $0.00 | $303.45 | 104327 | | D ALLEN | |
| Canteen | 5/11/2005 | ($18.80) | $0.00 | $0.00 | $284.65 | 105816 | | | |
| Pay-To | 5/13/2005 | ($3.88) | $0.00 | $0.00 | $280.77 | 107070 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $280.17 | 107079 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($1.06) | $0.00 | $0.00 | $279.11 | 107088 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($1.29) | $0.00 | $0.00 | $277.82 | 107087 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($1.06) | $0.00 | $0.00 | $276.76 | 107089 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $276.16 | 107086 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $275.56 | 107116 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $274.96 | 107117 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($3.95) | $0.00 | $0.00 | $271.01 | 107118 | | DST/POSTAGE | |
| Canteen | 5/18/2005 | ($18.97) | $0.00 | $0.00 | $252.04 | 108410 | | | |
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($2.21) | $252.04 | 109529 | | DST/POSTAGE | |
| Pay-To | 5/24/2005 | ($2.21) | $0.00 | $0.00 | $249.83 | 110900 | | DST/POSTAGE | |
| Canteen | 5/26/2005 | ($11.54) | $0.00 | $0.00 | $238.29 | 112374 | | | |

Ending Mth Balance: $238.29



I/M Somes Hall
SBI# 167581   UNIT W-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Mr. Peter L. Dalleo Clerk.
United States District Court
844 N. King Street, Locker box 18
Wilmington Delaware 19801-3570