IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-297-GMS |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| INC., HEAD RN BRENDA ) | |
| HOLWERDA, LISA M. MERSON, ) | |
| ANGELICA WILSON REGIONAL H.R. ) | |
| MGR (FCM), STANLEY TAYLOR ) | |
| COMMISSIONER, and THOMAS ) | |
| CARROLL WARDEN, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

1. The plaintiff James Hall, SBI # 167581, a <u>pro se</u> litigant who is presently incarcerated, has filed this action pursuant to 42 U.S.C. § 1983 and has requested leave to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. The plaintiff filed his request to proceed <u>in forma pauperis</u> without a **complete** certified copy of his prison trust fund account statement as required by 28 U.S.C. § 1915(a)(2).

2. On June 6, 2005, this Court granted the plaintiff leave to proceed <u>in forma pauperis</u> and ordered the plaintiff to provide a **complete** certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the above-referenced complaint. The plaintiff

submitted an **incomplete** copy of his prison trust fund account statement on June 23, 2005.

      3. In order to determine the schedule of payment of the filing fee, the plaintiff shall submit a **complete** certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at the institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

DATED: July 19, 2005

_____
United States District Judge

FILED
JUL 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE