To: Mr. Peter T. Dalleo

From: James Hall, pro. se 167581

#05-CV-00297-GMS, Hall v. First Correctional Medical Inc. et al

Re: complete certified copy of my prison Trust fund account statement

Dear Sir in compliance with this honorable courts order dated Jul 19, 2005 The following (1) copy of his sworn certified complete prison trust fund account statement as ordered by this court.

FILED
JUL 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date: This 25 day of July 05,

James Hall
1181 Paddock Rd.
Smyrna Del 19977.

[Envelope image - scanned mail]

From:
Spence Hall
SBI# 167587    UNIT M-C-9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To:
Mr. Peter T. Dalleo, Clerk of the
United States District Court
844 N. King Street, Lockerbox 18
Wilmington, Delaware 19801-3570

Postmark: WILMINGTON DE 198, PM 27 JUL 2005
Stamp: U.S.M.S. X-RAY