# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

*OS-297*

**TO:** *James Hall*    SBI#: *167581*

**FROM:**    Stacy Shane, Support Services Secretary

**RE:**    **6 Months Account Statement**

**DATE:** *July 22, 2005*

FILED

JUL 28 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of *January 1, 2005* to *June 30, 2005*.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| *Jan* | *.38* |
| *Feb* | *.04* |
| *March* | *0* |
| *April* | *32.40* |
| *May* | *275.82* |
| *June* | *229.34* |

**Average daily balances/6 months:** *90.69*

Attachments
CC:   File

*Stacy Shane*
*7/22/05*

*July 22, 2005*

*Notary public*

# Individual Statement

Date Printed: 7/22/2005

## For Month of January 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg. Mth Balance: | $0.44 |
|-----|-----------|------------|-----|--------|-------------------|-------|
| 00167581 | Hall | James | E | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 1/27/2005 | ($0.37) | $0.00 | $0.00 | $0.07 | 61896 | | DST/POSTAGE | |

Ending Mth Balance:    $0.07

# Individual Statement

Date Printed: 7/22/2005

Page 1 of 1

## For Month of February 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.07 |
|-----|-----------|------------|----|----|----|----|
| 00167581 | Hall | James | E | | | |

Current Location: W1    Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Pay-To | 2/18/2005 | $0.00 | $0.00 | ($3.95) | $0.07 | 71057 | | DST/POSTAGE | |
| Pay-To | 2/18/2005 | ($0.07) | $0.00 | ($3.88) | $0.00 | 71185 | | DST/POSTAGE | |

Ending Mth Balance:    $0.00

Date Printed: 7/22/2005

# Individual Statement

## For Month of March 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|----|--------|------------------|-------|
| 00167581 | Hall | James | E | | | |

Current Location:  W1

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 3/24/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 85542 | | DST/POSTAGE | |

Ending Mth Balance:        $0.00

Date Printed: 7/22/2005

# Individual Statement

## For Month of April 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|------------|-----|--------|------------------|-------|
| 00167581 | Hall | James | E | | | |

Current Location:    W1            Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Pay-To | 4/1/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 89200 | | DST/POSTAGE | |
| Pay-To | 4/1/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 89202 | | DST/POSTAGE | |
| Pay-To | 4/1/2005 | $0.00 | $0.00 | ($3.95) | $0.00 | 89233 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($0.60) | $0.00 | 90365 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($1.29) | $0.00 | 90366 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 90367 | | DST/POSTAGE | |
| Pay-To | 4/5/2005 | $0.00 | $0.00 | ($1.06) | $0.00 | 90368 | | DST/POSTAGE | |
| Misc | 4/27/2005 | $243.00 | $0.00 | $0.00 | $243.00 | 99159 | 90127308 | | US TREASURY |

|  | $243.00 | | | Ending Mth Balance: | $243.00 |

# Individual Statement

Date Printed: 7/22/2005

## For Month of May 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $243.00 |
|---|---|---|---|---|---|---|
| 00167581 | Hall | James | M | E | | |
| Current Location: | W1 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $18.72 | $0.00 | $0.00 | $261.72 | 100698 | | | |
| Canteen | 5/3/2005 | ($52.27) | $0.00 | $0.00 | $229.45 | 101621 | | | |
| Misc | 5/5/2005 | $174.00 | $0.00 | $0.00 | $403.45 | 103194 | 93725798 | FS 3/24-4/23 | US TREASURY |
| Pay-To | 5/9/2005 | ($100.00) | $0.00 | $0.00 | $303.45 | 104327 | | D ALLEN | |
| Canteen | 5/11/2005 | ($18.80) | $0.00 | $0.00 | $284.65 | 105816 | | | |
| Pay-To | 5/13/2005 | ($3.88) | $0.00 | $0.00 | $280.77 | 107070 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $280.17 | 107079 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($1.06) | $0.00 | $0.00 | $279.11 | 107088 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($1.29) | $0.00 | $0.00 | $277.82 | 107087 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($1.06) | $0.00 | $0.00 | $276.76 | 107089 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $276.16 | 107086 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $275.56 | 107116 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($0.60) | $0.00 | $0.00 | $274.96 | 107117 | | DST/POSTAGE | |
| Pay-To | 5/13/2005 | ($3.95) | $0.00 | $0.00 | $271.01 | 107118 | | DST/POSTAGE | |
| Canteen | 5/18/2005 | ($18.97) | $0.00 | $0.00 | $252.04 | 108410 | | | |
| Pay-To | 5/19/2005 | $0.00 | $0.00 | ($2.21) | $252.04 | 109529 | | DST/POSTAGE | |
| Pay-To | 5/24/2005 | ($2.21) | $0.00 | $0.00 | $249.83 | 110900 | | DST/POSTAGE | |
| Canteen | 5/26/2005 | ($11.54) | $0.00 | $0.00 | $238.29 | 112374 | | | |

Ending Mth Balance: $238.29

# Individual Statement

Date Printed: 7/22/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg.Mth Balance: | $238.29 |
|-----|-----------|-----------|-----|--------|------------------|---------|
| 00167581 | Hall | James | E | | | |
| Current Location: | W1 | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Misc Wage | 6/1/2005 | $28.80 | $0.00 | $0.00 | $267.09 | 113160 | | | |
| Canteen | 6/2/2005 | ($21.15) | $0.00 | $0.00 | $245.94 | 115308 | | | |
| Canteen | 6/9/2005 | ($20.14) | $0.00 | $0.00 | $225.80 | 118222 | | | |
| Canteen | 6/29/2005 | ($38.11) | $0.00 | $0.00 | $187.69 | 125519 | | FS 4/24-5/23 | |

Ending Mth Balance: $187.69

A. Samuel Hall
SBI# 162588      UNIT 04-C-9
DELAWARE CORRECTIONAL CENTER
81 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

WILMINGTON DE 198
PM 27 JUL 2005

Mr. Peter T. Dalleo Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570