IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES HALL,                                )
                                           )
           Plaintiff,                      )
                                           )
      v.                                   ) Civ. No. 05-297-GMS
                                           )
FIRST CORRECTIONAL MEDICAL,                )
INC., HEAD RN BRENDA                       )
HOLWERDA, LISA M. MERSON,                  )
ANGELICA WILSON REGIONAL H.R.              )
MGR (FCM), STANLEY TAYLOR                  )
COMMISSIONER, and THOMAS                   )
CARROLL WARDEN,                            )
                                           )
           Defendants.                     )



FILED

AUG 10 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, James Hall, SBI #167581, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.14 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 5, 2005. This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: __8/7/05_____, 2005.

_____James Hall_____
James Hall





I/M Swggies Hall
SBI# 00262581 UNIT 4-C-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S.D.C. 844 N. King Street
LockerBox 18 Wilmington
Del 19801-3570

