05CV297GMS

Proof of MAILING

```
U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

                OFFICIAL  USE

Postage              $   60
Certified Fee            230
Return Reciept Fee       175
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $   4.65

Delaware Correctional Center
Attn: Business Office
1181 Paddock Rd.
Smyrna, DE 19977
```

05-297 GMS

8/12/05
OSG
scanned