OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 17, 2006

TO:   James Hall
      SBI# 167581
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

      RE:   **U.S. Marshal 285 Forms**
            *Civil Action #05-297(GMS)*

Dear Mr. Hall:

      Please be advised that this office has received U.S. Marshal 285 forms in the above referenced case. There were errors located on two of the USM 285 forms submitted to the Clerk's Office. The Attorney General was listed as Jane Brady, which should be changed to Carl Danberg. Another error was you listed the defendant Angelica Wilson's name as Angel Wilson. Please submit a new USM 285 with the correct name, Angelica Wilson. Enclosed please find two USM 285 forms.

      Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal upon receipt of the corrected 285 forms in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/bad                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Gregory M. Sleet
enc: USM 285 Forms