OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 26, 2006

TO: James Hall
James Hall, Pro se
75 Rubeon May Dr.
Felton, DE 19943

RE:  U.S. Marshal 285 Forms
*Civil Action #06-297(GMS)*
05-

Dear Mr. Hall:

Please be advised that this office has received all required U.S. Marshal 285 forms except for defendant Reginal H.R. Mgr (FCM).

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service upon receipt of the above mentioned USM 285 form. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet