To: Mr. Peter T. Dalleo, Clerk
United States District Court
844 King Street, Lockerbox 18
Wilmington Del 19801

From: James Hall pro se, Pod 3. #322
167581 Central Violation
Center P.O. Box 5005
Smyrna Del. 19977-5005

Date, 5/31/06



Re: Docket sheet for C.A. NO: 05-00297-GMS,

Dear Sir, I'm currently being held at this institution and, I'm unable to posses Nbray at the earliest convenance Can you please send me a docket sheet in regards to the C.A.# stated above a prompt acknowledgement of this letter will be greatly appreciated. Thank you

James Hall, pro, se
167581 C.V.O.P. P.O. Box
5003 Smyrna Del 19977

I/M James Hall
SB# 167581
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

[Postmark: WILMINGTON DE 197, USA 39¢]

Legal Mail

Office of the Clerk
United States District Court
844 King Street, Lockerbox 18
Wilmington DE. 19801