

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED

JUL 28 2006

2005 JUL 28 PM 3:

05cv297-GMS

RECEIVED
JUL 15 2006

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD

☐ OTHER

US POSTAGE

James Hall SBI# 167581
DCC
1181 Paddock Road
Smyrna, DE 19977-5003

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00297-GMS
## Internal Use Only

Hall v. First Correctional Medical Inc. et al
Assigned to: Honorable Gregory M. Sleet
Demand: $750,000
Related Cases: 1:04-cv-00176-GMS
            1:04-cv-01328-GMS
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 05/16/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison
Conditions
Jurisdiction: Federal Question

### Plaintiff

**James Hall**

represented by **James Hall**
SBI# 167581
James Hall, Pro se
DCC
1181 Paddock Road
Smyrna, DE 19977-5003
PRO SE

V.

### Defendant

**First Correctional Medical Inc.**

### Defendant

**Head RN Brenda Holwerda**

### Defendant

**Lisa Merson**

### Defendant

**Angelica Wilson**

### Defendant

**Reginal H.R. Mgr**
*(FCM)*

### Defendant

**Stanly Taylor**

### Defendant

**Thomas Carroll**
*Commissioner, Warden DCC*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/16/2005 | ❶1 | MOTION for Leave to Proceed in forma pauperis - filed by James Hall. (mwm, ) (Entered: 05/18/2005) |
| 05/16/2005 | ❶2 | COMPLAINT filed against Angelica Wilson, Reginal H.R. Mgr, Stanly Taylor, Thomas Carroll, First Correctional Medical Inc., Brenda Holwerda, Lisa Merson - filed by James Hall. (Attachments: # 1 Counts 1 and 2# 2 Counts 3 and 4# 3 Counts 5 and 6# 4 Exhibits)(mwm, ) (Entered: 05/18/2005) |
| 05/25/2005 | ❶ | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 05/25/2005) |
| 06/06/2005 | ❶3 | ORDER granting Motion to Proceed IFP. Filing Fee of $250 Assessed. Plaintiff requested to submit trust fund account statement. Failure to submit items within 30 days will result in dismissal of action without prejudice. Notice of Compliance deadline set for 7/6/2005. (copy to plaintiff). Signed by Judge Gregory M. Sleet on 6/6/05. (mmm) (Entered: 06/06/2005) |
| 06/23/2005 | ❶4 | Letter to Clerk of the Court from James Hall regarding Account Statement. (mmm) (Entered: 06/27/2005) |
| 06/23/2005 | ❶5 | Trust Fund Account Statement by James Hall. (mmm) (Entered: 06/27/2005) |
| 07/07/2005 | ❶6 | Letter to Clerk of the Court from James Hall regarding his inmate financial statement. (mmm) (Entered: 07/11/2005) |
| 07/07/2005 | ❶7 | Trust Fund Account Statement by James Hall. (mmm) (Entered: 07/11/2005) |
| 07/19/2005 | ❶8 | ORDER requesting Plaintiff to submit a complete certified copy of his prison trust fund account statement. Failure to submit items within 30 days will result in dismissal of action without prejudice. Notice of Compliance deadline set for 8/18/2005. Signed by Judge Gregory M. Sleet on 7/19/05. (asw ) (Entered: 07/19/2005) |
| 07/22/2005 | ❶9 | Letter to the court from Mr. James Hall regarding request for docket. (ctd) (Entered: 07/27/2005) |
| 07/22/2005 | ❶ | Remark: Exit copy of docket sheet sent by first class mail to Mr. James Hall. (ctd) (Entered: 07/27/2005) |
| 07/28/2005 | ❶10 | Letter to the Court from James Hall enclosing his trust fund account statement re 8 Order (PLRA) Missing Documents, Order (PLRA) Missing Documents. (asw ) (Entered: 07/29/2005) |
| 07/28/2005 | ❶11 | Trust Fund Account Statement by James Hall (asw ) (Entered: 07/29/2005) |
|  |  |  |

| 08/05/2005 | ❸12 | ORDER granting Motion to Proceed IFP. An initial partial filing fee of $18.14 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 9/6/2005. Signed by Judge Gregory M. Sleet on 8/5/05. (asw ) (Entered: 08/05/2005) |
|---|---|---|
| 08/10/2005 | ❸13 | Authorization by James Hall requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 08/11/2005) |
| 08/12/2005 | ❸16 | Postal Receipt for the mailing of process to DCC Business Office (mwm) (Entered: 04/03/2006) |
| 08/16/2005 | ❸14 | ACKNOWLEDGEMENT OF RECEIPT of 13 Authorization Form (PLRA) received by Delaware Correctional Center, Business Office. (mmm) (Entered: 08/16/2005) |
| 08/17/2005 | ❸ | Initial Partial Filing Fee Received from James Hall: $ 18.14, receipt number 140346 (rbe, ) (Entered: 08/18/2005) |
| 02/15/2006 | | ***Set Paper Documents Flag (rbe, ) (Entered: 02/15/2006) |
| 02/17/2006 | ❸ | Partial Filing Fee Received from James Hall: $ 1.23, receipt number 142420 (copy to business office) (rbe, ) (Entered: 02/21/2006) |
| 03/30/2006 | ❸15 | ORDER, plaintiff shall return to Clerk original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). Signed by Judge Gregory M. Sleet on 3/30/06. (mmm) (Entered: 03/31/2006) |
| 04/17/2006 | ❸17 | Letter to James Hall from Clerk of the Court regarding errors on U.S. Marshal 285 forms. (mmm) (Entered: 04/18/2006) |
| 05/04/2006 | ❸ | Partial Filing Fee Received from James Hall: $.97, receipt number 143330 (copy to business office) (rbe, ) (Entered: 05/05/2006) |
| 05/12/2006 | ❸18 | Letter to Clerk of the Court from James Hall regarding change of address. (mmm) (Entered: 05/15/2006) |
| 05/26/2006 | ❸19 | Letter to James Hall from Clerk of the Court regarding missing U.S. Marshal 285 form for Regional H. R. Manager (FCM). (mmm) (Entered: 05/30/2006) |
| 06/06/2006 | ❸ | Remark:Plaintiff's mailing address updated on docket per 19 return address on letter filed 5/26/06. (els, ) (Entered: 06/06/2006) |
| 06/06/2006 | ❸20 | Letter to Clerk of the Court from James Hall regarding request for docket sheet. (mmm) (Entered: 06/07/2006) |
| 06/07/2006 | ❸ | EXIT docket sheet to the plaintiff on 6/7/06.(mmm) (Entered: 06/07/2006) |

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:04-cv-01328-GMS
### Internal Use Only

Hall v. Holman, et al
Assigned to: Honorable Gregory M. Sleet
Demand: $310,000
Related Case: 1:05-cv-00297-GMS
Case in other court: USDC/DE, 04cv176GMS
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/04/2004
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**James Hall**
                                    represented by  **James Hall**
SBI# 167581
James Hall, Pro se
DCC
1181 Paddock Road
Smyrna, DE 19977-5003
PRO SE

V.

**Defendant**

**David Holman**
*Security Superintendent*
                                    represented by  **Lisa Ann Barchi**
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8363
Fax: (302) 577-5688
Email: lisa.barchi@state.de.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence Mcgugan**
                                    represented by  **Lisa Ann Barchi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Acting Deputy Warden Clyde D. Sagers**
                                    represented by  **Lisa Ann Barchi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2004 | 1 | MOTION by James Hall to Proceed in Forma Pauperis re: [1-1] motion (els) (Entered: 10/05/2004) |
| 10/04/2004 | 2 | COMPLAINT filed. (els) (Entered: 10/05/2004) |
| 10/13/2004 | 3 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 10/13/2004) |
| 02/04/2005 | 4 | AMENDED COMPLAINT by James Hall(mmm). Modified on 7/19/2005 (mmm). (Entered: 02/11/2005) |
| 04/13/2005 | ❏5 | Letter to Clerk of Court from James Hall requesting a docket sheet for his case. (asw ) (Entered: 04/18/2005) |
| 04/18/2005 | ❏ | Remark : Docket Sheet sent to the Plaintiff, James Hall per his request - see D.I. 5. (asw ) (Entered: 04/25/2005) |
| 07/19/2005 | ❏6 | ORDER granting Motion to Proceed IFP. Filing Fee of $250 assessed. An initial partial filing fee of $1.67 shall be required. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.). Notice of Compliance deadline set for 8/18/2005. Signed by Judge Gregory M. Sleet on 7/19/05. (mmm) (Entered: 07/19/2005) |
| 07/25/2005 | ❏ | Initial Partial Filing Fee Received from James Hall: $ 1.67, receipt number 140082 (rbe, ) (Entered: 07/25/2005) |
| 07/26/2005 | ❏7 | Authorization by James Hall requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (asw ) (Entered: 07/26/2005) |
| 08/30/2005 | ❏8 | ORDER, plaintiff shall return to Clerk original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.). Signed by Judge Gregory M. Sleet on 8/26/05. (mmm) (Entered: 08/30/2005) |
| 09/07/2005 | ❏9 | Letter to James Hall from the Clerk of Court regarding receipt of Marshal 285 forms. The U.S. Marshals shall serve the complaint upon the defendants in accordance with the Court's Order dated 8/30/05. (asw ) (Entered: 09/07/2005) |
| 09/07/2005 | ❏ | Exit a certified copy of D.I. 9, Letter, 285 forms, copies of the amended complaint, and Orders dated 8/30/05 & 7/19/05 to the U.S. Marshals Office to process service. (asw ) (Entered: 09/07/2005) |
| 09/09/2005 | ❏10 | AMENDED COMPLAINT filed by James Hall.(mmm) (Entered: 09/12/2005) |
| 10/24/2005 | ❏11 | WAIVER OF SERVICE with 285 form returned executed for Lawrence Mcgugan. Waiver sent on 10/13/2005, answer due 12/12/2005. (mmm) (Entered: 10/24/2005) |

| 10/24/2005 | ❶12 | USM 285 Returned Executed on 10/13/05 as to Attorney General Jane Brady. (mmm) (Entered: 10/24/2005) |
|---|---|---|
| 10/25/2005 | ❶13 | NOTICE of Appearance by Lisa Ann Barchi on behalf of David Holman, Lawrence Mcgugan, Clyde D. Sagers (Barchi, Lisa) (Entered: 10/25/2005) |
| 10/26/2005 | ❶14 | WAIVER OF SERVICE with 285 form returned executed : For David Holman waiver sent on 10/11/2005, answer due 12/12/2005. (asw ) (Entered: 10/26/2005) |
| 10/31/2005 | ❶15 | MOTION to Appoint Counsel - filed by James Hall. (asw ) (Entered: 11/01/2005) |
| 10/31/2005 | ❶16 | MEMORANDUM OF LAW in Support re 15 MOTION to Appoint Counsel filed by James Hall.Answering Brief/Response due date per Local Rules is 11/15/2005. (asw ) (Entered: 11/01/2005) |
| 10/31/2005 | ❶17 | AFFIDAVIT in support of re 15 MOTION to Appoint Counsel filed by James Hall. (asw ) (Entered: 11/01/2005) |
| 10/31/2005 | ❶ | DEFICIENCY NOTICE by the Court issued to James Hall returning Discovery documents (Requests for Admissions; Interrogatories; and Production of Documents 15 MOTION to Appoint Counsel. (asw ) (Entered: 11/01/2005) |
| 11/02/2005 | ❶18 | Letter to James Hall from Lisa Barchi, DAG regarding Opposition to Discovery. (Barchi, Lisa) (Entered: 11/02/2005) |
| 11/09/2005 | ❶19 | Letter to Clerk of the Court from James Hall regarding request for Delaware Local Rules and docket sheet. (mmm) (Entered: 11/09/2005) |
| 11/10/2005 | ❶20 | Letter to James Hall from Clerk of the Court regarding Local Rules and docket sheet - re 19 Letter. (mmm) (Entered: 11/10/2005) |
| 11/10/2005 | ❶21 | RESPONSE to Motion re 15 MOTION to Appoint Counsel filed by David Holman, Lawrence Mcgugan, Clyde D. Sagers. (Barchi, Lisa) (Entered: 11/10/2005) |
| 11/14/2005 | ❶22 | OBJECTIONS by James Hall to 18 Letter. (Attachments: # 1 # 2)(mmm) (Entered: 11/15/2005) |
| 11/21/2005 | ❶23 | REPLY BRIEF re 15 MOTION to Appoint Counsel filed by James Hall. (mmm) (Entered: 11/22/2005) |
| 11/29/2005 | ❶24 | MEMORANDUM AND ORDER denying 15 MOTION to Appoint Counsel filed by James Hall . Signed by Judge Gregory M. Sleet on 11/29/05. (asw ) (Entered: 11/29/2005) |
| 12/06/2005 | ❶25 | WAIVER OF SERVICE with 285 form returned executed for Clyde D. Sagers. Waiver sent on 11/22/2005, answer due 1/23/2006. (mmm) (Entered: 12/06/2005) |
| 12/08/2005 | ❶26 | MOTION to Stay *Discovery* - filed by David Holman, Lawrence Mcgugan, Clyde D. Sagers. (Attachments: # 1 Exhibit Plaintiff's Request |

| | | |
|---|---|---|
| | | for Production of Documents# 2 Exhibit Plaintiff's Request for Interrogatories)(Barchi, Lisa) (Entered: 12/08/2005) |
| 12/08/2005 | ❾27 | MOTION for Summary Judgment, MOTION to Dismiss for Failure to State a Claim - filed by David Holman, Lawrence Mcgugan, Clyde D. Sagers. (Barchi, Lisa) (Entered: 12/08/2005) |
| 12/08/2005 | ❾28 | OPENING BRIEF in Support re 27 MOTION for Summary Judgment MOTION to Dismiss for Failure to State a Claim filed by David Holman, Lawrence Mcgugan, Clyde D. Sagers.Answering Brief/Response due date per Local Rules is 12/22/2005. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12)(Barchi, Lisa) (Entered: 12/08/2005) |
| 12/20/2005 | ❾29 | MOTION to Appoint Counsel - filed by James Hall. (mmm) (Entered: 12/22/2005) |
| 12/20/2005 | ❾30 | ANSWERING BRIEF in Opposition re 26 MOTION to Stay *Discovery* or, Motion to Strike filed by James Hall.Reply Brief due date per Local Rules is 12/28/2005. (mmm) (Entered: 12/22/2005) |
| 12/27/2005 | ❾31 | ANSWERING BRIEF in Opposition re 27 MOTION for Summary Judgment MOTION to Dismiss for Failure to State a Claim filed by James Hall.Reply Brief due date per Local Rules is 1/4/2006. (Attachments: # 1)(mmm) (Entered: 12/27/2005) |
| 12/27/2005 | ❾32 | AFFIDAVIT of James Hall filed by James Hall. (mmm) (Entered: 12/27/2005) |
| 12/27/2005 | ❾33 | MOTION for Summary Judgment - filed by James Hall. (Attachments: # 1 # 2 # 3 # 4)(mmm) (Entered: 12/27/2005) |
| 12/27/2005 | ❾34 | MOTION to Amend/Correct 31 Answering Brief in Opposition - filed by James Hall. (mmm) (Entered: 12/27/2005) |
| 01/04/2006 | ❾35 | Letter to The Honorable Gregory M. Sleet from Lisa Barchi, DAG regarding Defendants' Opposition to Plaintiff's Renewed Motion for Appointment of Counsel - re 29 MOTION to Appoint Counsel. (Barchi, Lisa) (Entered: 01/04/2006) |
| 01/06/2006 | ❾36 | ANSWERING BRIEF in Opposition re 33 MOTION for Summary Judgment, 27 MOTION for Summary Judgment MOTION to Dismiss for Failure to State a Claim filed by David Holman, Lawrence Mcgugan, Clyde D. Sagers.Reply Brief due date per Local Rules is 1/13/2006. (Attachments: # 1 Exhibit Classification Page# 2 Exhibit Incident Report)(Barchi, Lisa) (Entered: 01/06/2006) |
| 01/19/2006 | ❾37 | REPLY BRIEF re 33 MOTION for Summary Judgment filed by James Hall. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit)(mmm) (Entered: 01/20/2006) |
| 05/12/2006 | ❾38 | Letter to Clerk of the Court from James Hall regarding change of address. (mmm) (Entered: 05/15/2006) |
| 05/30/2006 | ❾39 | ORDER granting 34 Motion to Amend/Correct. Signed by Judge |

| | | Gregory M. Sleet on 5/30/06. (mmm) (Entered: 05/31/2006) |
|---|---|---|
| 05/30/2006 | ❍40 | ORDER denying without prejudice 29 Motion to Appoint Counsel. Signed by Judge Gregory M. Sleet on 5/30/06. (mmm) (Entered: 05/31/2006) |