To: Mr. Peter C. Dalleo
844 N. King St Lockerbox 18
Wilmington Del 19805

From: James Hall, pro se
6269 Oxon Hill RD Apt B-1
Oxon Hill MD 20745-3079

RE: Address change / CA# 04-1328-GMS, 05-0297-GMS

Dear Sir this letter is in Regards to the above CA# and address change. I No longer Reside at 1181 paddock RD as previously Stated I Humble Request the previous order's in the above caption cases be Forwarded to my new address and please act on this letter at your most Earliest convenience a prompt acknowledgement of this letter will be Highly appreciated
Sincerely yours

James Hall
James Hall, pro se
6269 Oxon Hill RD
Apt B-1 Oxon Hill MD
20745-3079

Date 7-25-06


FILED
JUL 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

James Hall pro se
6264 Oxon Hill Rd
Apt B-1 Oxon Hill MD
20745-3079

To: Mr. Peter T. Dalleo
Office of the Clerk
United States District Court
844 N. King St Lockerbox 18
Wilmington Delaware 19