IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) Civ. No. 05-297-GMS | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, James Hall ("Hall"), was a prisoner incarcerated within the Delaware Department of Correction at the time he filed this 42 U.S.C. § 1983 action, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on August 5, 2005, the court entered an order and granted Hall leave to proceed *in forma pauperis*, assessed a filing fee of $250, and required Hall to pay an initial partial filing fee of $18.14 (D.I. 12);

WHEREAS, Hall paid the initial filing fee on August 17, 2005, and made subsequent payments toward the filing fee of $1.23 on February 17, 2006, and $.97 on May 4, 2006;

WHEREAS, on July 31, 2006, the court received a change of address for Hall that indicated he had been released from prison and that provided the court with his new address;

WHEREAS, on November 15, 2006, the court ordered the plaintiff to either pay the balance of the filing fee owed ($229.66) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 26);

WHEREAS, the time has lapsed and the plaintiff has not complied with the court's order

November 15, 2006;

    THEREFORE, at Wilmington this __6th__ day of __Feb__, 2007, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

                                                        /s/ [signature]

                                                  UNITED STATES DISTRICT JUDGE

FILED

FEB - 7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE